# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>    Plaintiff(s),<br><br>v.<br><br>BROADWAY JEWELRY MART, LLC, et al.<br><br>    Defendant(s). | CASE NO.<br>2:20−cv−07873−DSF−E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before May 3, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 1, 2021                      /s/ *Dale S. Fischer*
                                          Dale S. Fischer
                                          United States District Judge